## Commonwealth v. Brittingham, Appellant.

Submitted December 5, 1974. *Lewis S. Small*, for appellant; *Harry M. Spaeth*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant Dis-

trict Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.